**Aaron W. Baker,** OSB No. 92222
650 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204
Telephone: (503) 234-8800
Facsimile:  (503) 525-0650
awblaw@earthlink.net

**Terry Scannell**, OSB No. 853220
650 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204
Telephone: (503) 776-0806
Facsimile:  (503) 274-1214
www.terry@scannellaw.com

      Of Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BEN GEORGE SANTOS,<br><br>                Plaintiff,<br><br>v.<br><br>BOB'S RED MILL NATURAL FOODS, INC., and EXPRESS SERVICES, INC.,<br><br>                Defendants. | Case No. 3:11-CV-206-PK<br><br>STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR FEES TO ANY PARTY |

      Pursuant to FRCP 41(a)(1), Plaintiff, Ben George Santos, and Defendants, Bob's Red Mill Natural Foods, Inc. and Express Services, Inc., by and through their counsel of record,

Page 1    STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR FEES

Aaron W. Baker
Attorney at Law
888 SW Fifth Avenue, Suite 650
Portland, Oregon 97204-2089
Telephone (503) 234-8800

hereby stipulate that this action and all claims and counterclaims herein shall be dismissed with

prejudice and without attorney fees or costs to any party.


|  | DAVIS WRIGHT TREMAINE LLP |

*/s/ Aaron W. Baker*
Aaron W. Baker, OSB #922220
(503) 234-8800
Of Attorneys for Plaintiff
awblaw@earthlink.net

*/s/ Robert D. Newell*
Robert D. Newell, OSB #790917
(503) 241-2300
Of Attorneys for Defendant
Express Services, Inc.
bobnewell@dwt.com

SUSSMAN SHANK LLP

*/s/ Jeff D. Brecht*
Jeff D. Brecht, OSB #962328
(503) 227-1111
Of Attorneys for Defendant
Bob's Red Mill Natural Foods, Inc.
jeffb@sussmanshank.com

Page 2    STIPULATED NOTICE OF DISMISSAL WITH
PREJUDICE AND WITHOUT COSTS OR FEES

**Aaron W. Baker**
Attorney at Law
888 SW Fifth Avenue, Suite 650
Portland, Oregon 97204-2089
Telephone (503) 234-8800